IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 10-187 |
| ) | [UNDER SEAL] |
| GARY MOOREFIELD ) | |
|   a/k/a G ) | |
|   a/k/a Maurice Gordon ) | |
|   a/k/a Mike Jones ) | **FILED** |
| LANDON CLAYBOURNE ) | |
|   a/k/a Victor Gill ) | SEP 1 6 2010 |
| TOM CRAIGHEAD ) | |
|   a/k/a Thomas Andrew Morrison ) | CLERK U.S. DISTRICT COURT |
|   a/k/a Little Tommy ) | WEST. DIST. OF PENNSYLVANIA |
|   a/k/a The Rapper ) | |
| GEORGE HAWKINS ) | |
|   a/k/a Adrees Obama ) | |
|   a/k/a Idrees Hawkins ) | |
|   a/k/a Vernon Spanner ) | |
|   a/k/a Shawn William Spring ) | |
|   a/k/a Shawn Spreen ) | |
|   a/k/a Sean Spreen ) | |
|   a/k/a George Pernell Hawkins ) | |
|   a/k/a Sean Spring ) | |
| DAVID MICHAEL JONES ) | |
| RONALD KLAGES ) | |
| BRIDGETTE LEWIS ) | |
| SHARIFA MILLER ) | |
| DEQUILLARAE ZELLOUS ) | |
|   a/k/a Rae Zellous ) | |
|   a/k/a Strong ) | |
|   a/k/a Charles Brown ) | |
|   a/k/a Daryl Lewis ) | |
|   a/k/a Dequillarae Zellows ) | |
|   a/k/a Charles Warren ) | |

<u>O R D E R</u>

AND NOW, to wit, this 16<sup>v</sup> day of September, 2010, upon consideration of the Motion for Arrest Warrant, heretofore filed by

the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendants GARY MOOREFIELD (a/k/a G, a/k/a Maurice Gordon, a/k/a Mike Jones), LANDON CLAYBOURNE (a/k/a Victor Gill), TOM CRAIGHEAD (a/k/a Thomas Andrew Morrison, a/k/a Little Tommy, a/k/a The Rapper), GEORGE HAWKINS (a/k/a Adrees Obama, a/k/a Idrees Hawkins, a/k/a Vernon Spanner, a/k/a Shawn William Spring, a/k/a Shawn Spreen, a/k/a Sean Spreen, a/k/a George Pernell Hawkins, a/k/a Sean Spring), DAVID MICHAEL JONES, RONALD KLAGES, BRIDGETTE LEWIS, SHARIFA MILLER, and DEQUILLARAE ZELLOUS (a/k/a Rae Zellous, a/k/a Strong, a/k/a Charles Brown, a/k/a Daryl Lewis, a/k/a Dequillarae Zellows, a/k/a Charles Warren).

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney